UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE AND
AGRICULTURAL WORKERS OF
AMERICA, UAW,

and

DUANE HELLWIG, RAY KOHLER,
GLADYS SHROYER, and HARRY
ROCK, as individuals, on behalf of
themselves and all persons similarly
situated,

    Plaintiffs,

v

CLARK EQUIPMENT COMPANY,
INGERSOLL-RAND COMPANY and
DOOSAN INFRACORE
INTERNATIONAL, INC.,

    Defendants.
_____/

Case No. 1:08-cv-1230

HON. JANET T. NEFF

## **ORDER**

Pending before the Court is the parties' Joint Motion for Preliminary Approval of Class Action Settlement Agreement and Proposed Class Notice (Dkt 51). The Court having preliminarily reviewed the proposed settlement of this action and having conducted a hearing on September 13, 2010, addressing the class action settlement agreement and proposed class notice with counsel of record for all parties,

**IT IS HEREBY ORDERED:**

1. The September 13, 2010 hearing satisfies the requirements for a preliminary fairness review and hearing.

2. The proposed settlement between the plaintiff class and defendants appears to be within the range of reasonableness, and accordingly, shall be submitted to the class members for their consideration.

3. A hearing on the fairness, reasonableness and adequacy of the Settlement Agreement pursuant to FED. R. CIV. P. 23(e)(2) will be held in the Courtroom of the Honorable Janet T. Neff, 401 Federal Building, 110 Michigan Street, NW, Grand Rapids, Michigan 49503 at **2:30 p.m.** Eastern Daylight Time on **November 1, 2010**.

    a. Objections by class members to the proposed settlement will be considered if filed in writing with the Clerk of the Court on or before **October 15, 2010**.

    b. At the hearing, class members may be heard orally in support of or in opposition to the settlement, provided such persons file with the Clerk of the Court by **October 15, 2010**, a written notification of their desire to appear personally, indicating (if in opposition to the settlement) the nature of the objection.

    c. Counsel for the class and for the defendants shall be prepared at the hearing to respond to objections filed by class members and to provide other information, as appropriate, bearing on whether or not the settlement should be approved.

4. The Court approves the proposed class notice, with the changes noted on the record (formatting and written notification for hearing appearance), and the Court approves the parties' proposed procedure for distributing class notice.

**THEREFORE**, the Joint Motion for Preliminary Approval of Class Action Settlement Agreement and Proposed Class Notice (Dkt 51) is GRANTED.


Date: September 14, 2010         /s/ Janet T. Neff
                                 JANET T. NEFF
                                 United States District Judge